

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MARK A. JOHNSON

CIVIL ACTION

NO. 08-727-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion for summary judgment filed by the United States of America, is granted and judgment is entered against Mark A. Johnson and in favor of the United States on its FCA claims in the amount equal to treble the losses sustained by the United States by reason of Mr. Johnson's false and fraudulent claim, $24,050.40, together with a penalty in an amount of $5,500, interest from the date of judgment until paid at the rate allowable by law, and all allowable costs.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, June 2, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA